**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RONESHA WATKINS, ET. AL.,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOUSING AUTHORITY OF THE CITY OF HUGO, ET. AL.,<br><br>Defendants. | CIV. NO.: 23-178 |

**ORDER**

**GUSTAVO A. GELPÍ, Circuit Judge.**[1]

The Court has before it Magistrate Judge Gerald Jackson's Report and Recommendation, see Docket No. 94, and Defendants' Partial Objection to the same, see Docket No. 95.[2] Upon due consideration of the same, I hereby **ADOPT** Judge Jackson's thorough Report and Recommendation in its entirety. Accordingly, Plaintiffs' sole actionable claim is that of due process against Defendants Grasiela Starlin, Wade Awtry, and Chris Cannon.

I note my concurrence with Judge Jackson's conclusion that due process requires a hearing before an impartial decision maker. See Cleveland Bd. of Educ. v. Loudermill, 470 U.S. 532, 542 (1985); Morrissey v. Brewer,

[1] The Honorable Gustavo A. Gelpí, Circuit Judge, United States Court of Appeals for the First Circuit, sitting by designation.

[2] Defendants throughout their motion at Docket No. 95 refer to Judge Jackson as "Magistrate." His proper title is "Magistrate Judge" or "Judge." Subscribing counsel should take note. See Joyce L. R. v. Dudek, 769 F.Supp.3d 1251, 1252 n.2 (N.D. Okla. 2025).

408 U.S. 471, 485-86 (1972); Goldberg v. Kelly, 397 U.S. 254, 271 (1970); Riggins v. Goodman, 572 F.3d 1101, 1108 (10th Cir. 2009).

Given that genuine issues of material fact exist as to whether the three above-mentioned individual defendants are liable to plaintiffs, ultimately it is a jury that must weigh the evidence and come to a decision.

IT IS SO ORDERED.

DATED: October 26, 2026

/s/ Gustavo A. Gelpí
**GUSTAVO A. GELPÍ**
Circuit Judge, U.S. Court of Appeals for the First Circuit
Sitting by designation